UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONITO CAURICE GOMEZ,

    Petitioner,                                     Case No. 2:23-cv-10481
                                                                Hon. Matthew F. Leitman

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER TRANSFERRING THE MOTION TO WITHDRAW THE PETITION FOR A WRIT OF HABEAS CORPUS (ECF No. 3) TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Petitioner Ronito Caurice Gomez is a federal prisoner presently confined at the United States Penitentiary-Allenwood in White Deer, Pennsylvania. On October 21, 2020, Gomez pleaded guilty in this Court to one count of Felon in Possession of Firearms in violation of 18 U.S.C. § 922(g) and one count of Possession of Controlled Substances with Intent to Distribute in violation of 21 U.S.C. § 841. (See Judgment, *United States v. Gomez*, E.D. Mich. Case No. 20-cr-20408, ECF No. 65, PageID.690.) The Court sentenced Gomez to a term of 84 months in custody.

On February 15, 2023, Gomez filed a *pro se* petition for a writ of habeas corpus in this Court pursuant to 28 U.S.C. § 2241. (See Pet., ECF No. 1.) Gomez claimed the Federal Bureau of Prisons ("BOP") failed to give him the appropriate sentencing credit on his sentence for time spent in state custody.

This Court transferred Gomez's petition to the United States District Court for the Middle District of Pennsylvania because he is currently incarcerated in that district. (See ECF No. 2).

Petitioner has now filed a motion to withdraw the petition for a writ of habeas corpus. (See ECF No. 3). The Court directs the Clerk of the Court to transfer the motion to the United States District Court for the Middle District of Pennsylvania because Gomez's case is currently pending in that court.

Accordingly, the Court **ORDERS** the Clerk of the Court to transfer the motion to withdraw the petition for a writ of habeas corpus (ECF No. 3) to the United States District Court for the Middle District of Pennsylvania.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 28, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 28, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126

3