UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RONITO CAURICE GOMEZ, :
　　　　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 3:23-0709
　　　　　　Petitioner　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　(JUDGE MANNION)
　　　v.　　　　　　　　　　　　　　　　 :

UNITED STATES OF AMERICA, :

　　　　　　Respondent　　　　　　　　:

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Gomez' motion to withdraw his petition for writ of habeas corpus (Doc. 3) is **CONSTRUED** as a motion to voluntarily dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. Gomez' motion to voluntarily dismiss the above captioned action (Doc. 9) is **GRANTED**.

3. The petition (Doc. 1) for a writ of habeas corpus pursuant to 28 U.S.C. §2241 is **DISMISSED** without prejudice.

4. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Malachy E. Mannion_
　　　　　　　　　　　　　　　　　　　　　　　　**MALACHY E. MANNION**
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: May 1, 2023
23-0709-01-ORDER